# EXHIBIT A

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Mar 28 03:21:02 EDT 2016

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | CTI-CRYOGENICS |
| **Goods and Services** | IC 007. US 023. G & S: Compressors for Cryogenic Refrigerators; Cryopump Systems and Parts Therefor Primarily Comprising, Compressors, Refrigerators, Cryopanels, Monitors and Controls. FIRST USE: 19760412. FIRST USE IN COMMERCE: 19761001

IC 011. US 031. G & S: Refrigerator Systems and Parts Therefor Primarily Comprising, Compressors, Gas Expanders, Monitors and Controls. FIRST USE: 19751017. FIRST USE IN COMMERCE: 19751017 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73435671 |
| **Filing Date** | July 22, 1983 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 20, 1984 |
| **Registration Number** | 1332868 |
| **Registration Date** | April 30, 1985 |
| **Owner** | (REGISTRANT) Helix Technology Corporation CORPORATION DELAWARE MANSFIELD CORPORATE CENTER NINE HAMPSHIRE STREET MANSFIELD MASSACHUSETTS 02048

(LAST LISTED OWNER) BROOKS AUTOMATION, INC. CORPORATION DELAWARE 15 ELIZABETH DRIVE CHELMSFORD MASSACHUSETTS 01824 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John L. DuPre' |

| | |
|---|---|
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20141212. |
| Renewal | 2ND RENEWAL 20141212 |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY