# EXHIBIT B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Mar 24 03:21:47 EDT 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [____] OR [Jump] to record: [____] **Record 3 out of 3**

---

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | ON-BOARD |
| **Goods and Services** | IC 007. US 023. G & S: CRYOPUMPS AND CONTROLS THEREFOR. FIRST USE: 19890300. FIRST USE IN COMMERCE: 19890300 |
| | IC 009. US 021 023 026 036 038. G & S: CONTROL ELECTRONICS MODULES FOR CRYOPUMP SYSTEMS, AND KEYPAD/DISPLAYS FOR CRYOPUMP SYSTEMS. FIRST USE: 19890300. FIRST USE IN COMMERCE: 19890300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74027707 |
| **Filing Date** | February 12, 1990 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 6, 1990 |
| **Registration Number** | 1632925 |
| **Registration Date** | January 29, 1991 |
| **Owner** | (REGISTRANT) Helix Technology Corporation CORPORATION DELAWARE 266 Second Avenue Waltham MASSACHUSETTS 02254 |
| | (LAST LISTED OWNER) BROOKS AUTOMATION, INC. CORPORATION DELAWARE 15 ELIZABETH DRIVE CHELMSFORD MASSACHUSETTS 01824 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | John L. DuPre' |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100924. |
| **Renewal** | 2ND RENEWAL 20100924 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY