# EXHIBIT C



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Mar 24 03:21:47 EDT 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 1 out of 3**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ON-BOARD |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: vacuum pumps; vacuum pumps and electronic controls therefor sold as a unit. FIRST USE: 19890300. FIRST USE IN COMMERCE: 19890300 |
| | IC 009. US 021 026. G & S: electronic controllers for vacuum pump systems, computer software for use in controlling vacuum pump systems and keypad/displays for vacuum pump systems. FIRST USE: 19890300. FIRST USE IN COMMERCE: 19890300 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74540218 |
| **Filing Date** | June 20, 1994 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 25, 1995 |
| **Registration Number** | 1905334 |
| **Registration Date** | July 18, 1995 |
| **Owner** | (REGISTRANT) Helix Technology Corporation CORPORATION DELAWARE Mansfield Corporate Center Nine Hampshire Street Mansfield MASSACHUSETTS 02048 |
| | (LAST LISTED OWNER) BROOKS AUTOMATION, INC. CORPORATION DELAWARE 15 ELIZABETH DRIVE CHELMSFORD MASSACHUSETTS 01824 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| Attorney of Record | John L. DuPre' |
| Prior Registrations | 1632925 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150411. |
| Renewal | 2ND RENEWAL 20150411 |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |