JS-6

Michael H. Bunis (*pro hac vice*)
mbunis@choate.com
Robert M. Buchanan, Jr. (*pro hac vice*)
rbuchanan@choate.com
Justin J. Wolosz (*pro hac vice*)
jwolosz@choate.com
Margaret E. Ives (*pro hac vice*)
mives@choate.com
Kevin C. Quigley (*pro hac vice*)
kquigley@choate.com
Bryana T. McGillycuddy (*pro hac vice*)
bmcgillycuddy@choate.com
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

Benjamin B. Au (SBN 237854)
bau@durietangri.com
Timothy P. Horgan-Kobelski (SBN 319771)
tkobelski@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Plaintiff and Counter-Defendant BROOKS AUTOMATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BROOKS AUTOMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PTB SALES, INC.,<br><br>Defendant. | Case No. 2:17-cv-03880-PA-AFM<br>ORDER RE<br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Ctrm: 9A, 9th Floor<br>Judge: Honorable Percy Anderson<br><br>Case Filed: May 23, 2017<br>Trial Date: May 8, 2018 |
| PTB SALES, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>BROOKS AUTOMATION, INC.,<br><br>Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Brooks Automation, Inc. ("Brooks") and Defendant and Counter-Claimant PTB Sales, Inc. ("PTB"), through their respective counsel of record, stipulate that the above-captioned action shall be dismissed with prejudice. In support of this stipulation, the parties state as follows:

1. On May 23, 2017, Brooks filed a Complaint ("Complaint") against PTB in the United States District Court for the Central District of California in Case No. 17-cv-03880-PA-AFM.

2. On June 30, 2017, PTB filed a Counterclaim ("Counterclaim") against Brooks in Case No. 17-cv-03880-PA-AFM.

3. The trial regarding the Complaint and Counterclaim is presently set to begin on May 8, 2018, before the Honorable Percy Anderson.

4. On April 23, 2018, Brooks and PTB entered into a Settlement Agreement to resolve the claims and counterclaims in the case, with no admission of liability from either party as to any claims asserted.

5. Pursuant to the Settlement Agreement, each party agreed to bear its own legal expenses, including, without limitation, attorneys' fees and costs.

Accordingly, IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that the above-captioned action (including without limitation all claims and counterclaims asserted in the action, by each party) be and hereby are dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: April 24, 2018

Michael H. Bunis (*pro hac vice*)
Robert M. Buchanan, Jr. (*pro hac vice*)
Justin J. Wolosz (*pro hac vice*)
Margaret E. Ives (*pro hac vice*)
Kevin C. Quigley (*pro hac vice*)
Bryana T. McGillycuddy (*pro hac vice*)
CHOATE, HALL & STEWART LLP

Benjamin B. Au
Timothy P. Horgan-Kobelski
DURIE TANGRI LLP

By: */s/ Benjamin B. Au*

Attorneys for Brooks Automation, Inc.

DATED: April 24, 2018

Andrew W, Zepeda
Steven L. Hogan
Payton E. Garofalo
Alexis I. Fragosa
LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN, P.C.

By: */s/ Andrew W. Zepeda*

Attorneys for PTB Sales, Inc.

DATED: April 24, 2018

Ian P. Culver
Benjamin L. Caplan
BOOTH LLP

By: */s/ Benjamin L. Caplan*

Attorneys for PTB Sales, Inc.

IT IS SO ORDERED.

Dated: April 25, 2018

Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE